IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEREK HINDS, #279371, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CASE NO. 2:17-CV-392-WKW |
| ) | [WO] |
| OFFICER L. JONES and SGT. ) | |
| MASON, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge.  (Doc. # 2.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 2) is ADOPTED; and

2. This action is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a).

DONE this 24th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE